*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

_____

Before
HOUTZ, MYERS, and KISOR
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Devan C. UN**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202200102**

_____

Decided: 14 October 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Andrea C. Goode (arraignment)
John P. Norman (trial)

Sentence adjudged 28 March 2022 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for three months, forfeiture of $1,000.00 pay per month for four months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Daniel E. Grunert, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

S. TAYLOR JOHNSTON
Acting Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.